## 34457. REED v. BARLOW.

PER CURIAM.

This is an appeal from orders of the superior court which resolve past disputes over visitation rights with a minor child by giving the appellee an additional five days of visitation. We find no error.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 12, 1979 — DECIDED APRIL 5, 1979.

*Gerry E. Holmes,* for appellant.
*Robert W. Harrison,* for appellee.